**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-04437

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>L & M Strategic Investments, LLC<br><br>Debtor.<br><br>U.S. Bank National Association, as Trustee for Credit Suisse First Boston CSFB ARMT 2006-1<br><br>Movant,<br>vs.<br><br>L & M Strategic Investments, LLC, Debtor, Office of the US Trustee.<br><br>Respondents. | No. 2:08-bk-17994-SSC<br><br>Chapter 11<br><br>OBJECTION TO CHAPTER 11 PLAN<br><br>RE: Real Property Located at<br>4738 West Fairmont Avenue<br>Phoenix, AZ 85031 |

America's Servicing Company a secured creditor, by its attorneys, Tiffany & Bosco, P.A., hereby objects to the proposed Chapter 11 Plan filed by the Debtor for the following reasons:

1. America's Servicing Company ("ASC") objects to its treatment under the proposed Chapter 11 Plan of the Debtor. The Chapter 11 Plan seeks a cram down of ASC's first

lien interest on the real property commonly known as 4738 West Fairmont Avenue, Phoenix, Arizona, from an approximate principal balance of $148,000 to an allowed secured claim amount of $37,000. Debtor has undervalued the subject real property, and as such the attempted cram down is impermissible.

Dated this 13th day of July, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorneys for Movant

Copy of the foregoing was
mailed this 13th day of July, 2009.

L & M Strategic Investments, LLC
387 N. 2nd Ave.
2A
Phoenix, AZ 85003
Debtors

Brian Matlock
387 N. 2nd Avenue, #2A
Phoenix, Arizona 85003
Debtors

Randy Nussbaum
14500 N. Northsight Blvd.
#116
Scottsdale, AZ 85260-0001
Attorney for Debtor

Dean M. Dinner
14500 N. Northsight Blvd.
#116
Scottsdale, AZ 85260-0001
Attorney for Debtor

Office of the US Trustee
Renee Sandler Shamblin
230 North First Ave.
Suite 204
Phoenix, AZ 85003

America's Servicing
PO Box 60768
Los Angeles, CA 90060-0768

Countrywide
P.O. Box 650070
Dallas, TX 75265

EMC Mortgage
PO Box 660530
Dallas, TX 75266-0530

EMC Mortgage
PO Box 293150
Lewisville, TX 75266-0530

| | | |
|---|---|---|
| 1 | Indymac | |
| 2 | PO Box 4045<br>Kalamazoo, MI 49003-4045 | UBS<br>7515 Irvine Center Dr<br>Irvine, CA 92618 |
| 3 | Saxon Mortgage | |
| 4 | PO Box 961105<br>Fort Worth, TX 76161 | |

By:  /s/ Evelyne A. David