Dean M. Dinner, SBN 010216
Randy Nussbaum, SBN 006417
Gregory C. Poulos, SBN 025873
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone Number (480) 609-0011
Facsimile Number (480) 609-0016
ddinner@nussbaumgillis.com
rnussbaum@nussbaumgillis.com
gpoulos@nussbaumgillis.com

*Attorneys for L & M Strategic Investments, LLC*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>L & M Strategic Investments, LLC<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No: 2:08-bk-17994-SSC<br><br>**OBJECTION TO PROOF OF CLAIM AND NOTICE**<br><br>Re: **Claimant: America's Servicing Company**<br>**Claim Register No.: 39** |

      Pursuant to F.R.B.P. 3007, L & M Strategic Investments, LLC ("Debtor") by and through undersigned counsel, hereby objects to the Proof of Claim filed in the above-entitled case by **America's Servicing Company**, which is claim number 39 on the Claims Register maintained by the Clerk of Court.

      The grounds for this objection are as follows:

      1.      The claimant has failed to submit supporting documentation including, but not limited to, support for who is the actual claimant that currently holds the notes or who has rights under the deeds of trust.

      2.      The claimant has not established that it is the current holder of the notes or the current assignees of the deeds of trust.

14499-1/726850_1.DOC

Case 2:08-bk-17994-SSC     Doc 390     Filed 08/18/09     Entered 08/18/09 17:17:53     Desc
Main Document     Page 1 of 3

3. The documentation provided the documentation does not comply with Federal Rules of Bankruptcy Procedure 3001 or 3002 or with the instructions on the Proof of Claim Form B10.

4. The Claimant did not attach the original or duplicate of the writing with the proof of claim nor allege that it was lost or destroyed, including a proper chain of title from the original lender to claimant. Further, no original deed of trust is attached, no original promissory note is attached, no assignments are provided, and no Alonges are provided.

### NOTICE

You are hereby notified that an Objection to the Proof of Claim has been filed, objecting to your claim as indicated above. You have 15 days from service of the objection to file and serve a response to the objection; and, if a timely response is not filed and served, the objection may be sustained by the court without further notice or hearing. If a timely response is not filed and served by the claimant, the objecting party may lodge an order with the court sustaining the objection. If the claimant timely files and serves a response to the objection, the objecting party must obtain a hearing date, serve notice on the claimant, and file a certificate of service.

Dated this 18th day of August 2009.

NUSSBAUM & GILLIS, P.C.

/s/ Gregory C. Poulos
Dean M. Dinner
Gregory C. Poulos
Attorneys for
L & M Strategic Investments, L.L.C.

ORIGINAL of the foregoing electronically filed this 18th day of August 2009, with:

Clerk, United States Bankruptcy Court
District of Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1706
https://ecf.azb.uscourts.gov

COPY of the foregoing mailed/e-mailed this 18th day of August 2009, to the parties on the attached Service List

/s/ Samanta Rivera

| | | |
|---|---|---|
| Saxon Mortgage<br>PO Box 961105<br>Fort Worth, TX 76161 | INDYMAC<br>PO BOX 4045<br>KALAMAZOO MI 49003-4045 | GMAC<br>PO BOX 79135<br>PHOENIX AZ 85062-9135 |
| UBS<br>7515 IRVINE CENTER DR.<br>IRVINE CA 92618-2930 | EMC MORTGAGE<br>PO BOX 660530<br>DALLAS TX 75266-0530 | EMC Mortgage Corporation<br>P.O. Box 293150<br>Lewisville, TX 75029-3150 |
| EMC MORTGAGE<br>PO BOX 660530<br>DALLAS TX 75266-0530 | AMERICA'S SERVICING<br>PO BOX 60768<br>LOS ANGELES CA 90060-0768 | Countrywide<br>PO Box 650070<br>Dallas, TX 75265 |
| Countrywide Mortgage<br>PO Box 650070<br>Dallas, TX 75265 | Renee Sandler Shamblin<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>PHOENIX, AZ 85003-1706<br>renee.s.shamblin@usdoj.gov | U.S. TRUSTEE<br>Office of the U.S. Trustee<br>230 North First Ave. Ste. 204<br>PHOENIX, AZ 85003 |
| Brian Matlock<br>c/o Law Office of Mark J. Giunta<br>1413 N. 3rd St.<br>Phoenix, AZ 85004-1612<br>mark.giunta@azbar.org | Hilary B. Bonial<br>Brice, Vander Linden & Wernick, P.C.<br>American Home Mrtge Servicing Inc.<br>4600 Regent Boulevard, Suite 200<br>Irving, Texas 75063<br>notice@bkcylaw.com | GMAC Mortgage, LLC<br>c/o Josephine Piranio<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117<br>ecfazb@piteduncan.com |
| Mark S. Bosco.<br>Tiffany & Bosco, PA<br>2525 E. Camelback Rd. #300<br>Phoenix, AZ 85016-4237<br>MSB@tblaw.com | JPMorgan Chase Bank, NA<br>7255 Baymeadows Way Mail Stop<br>JAXB2007<br>Jacksonville, Florida 32256 | Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 |
| SunTrust Mortgage, Inc.<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 | Jason Sherman<br>Perry & Shapiro, LLP<br>3300 N. Central Ave., #2200<br>Phoenix, AZ 85012<br>ECFNotices@logs.com | Mark S. Bosco<br>Tiffany & Bosco, P.A.<br>2525 E. Camelback Rd., Ste. 300<br>PHOENIX, AZ 85016-9240<br>MSB@tblaw.com |
| L & M Strategic Investments, L.L.C.<br>387 N. 2ND AVE., 2A<br>PHOENIX, AZ 85003-4541 | Matlock Enterprises<br>387 N. 2nd Avenue, 2A<br>Phoenix, AZ | Lawson Family Trust<br>Leroy E. Lawson<br>2862 E. Fairfield<br>Mesa, AZ 85213 |
| Maria Tsagaris, Esq.<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076-2102 | Corey M. Robertus<br>6560 Greenwood Plaza Blvd., #100<br>Englewood, CO 80111 | Paul M. Levine<br>Mathew A. Silverman<br>Mccarthy Holthus Levine<br>3636 N. Central Ave., #1050<br>Phoenix, AZ 85012<br>matthew.silverman@azbar.org |
| Kevin Hahn<br>Malcolm Cisneros<br>2112 Business Center Dr., 2nd Floor<br>Irvine, California 92612<br>kevin@mclaw.org | Polk, Prober & Raphael<br>Dean R. Prober<br>Lee S. Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>cmartin@nprlaw.net | Gerard R. O'Meara<br>Gust Rosenfeld, PLC<br>1 South Church Avenue, Suite 1900<br>Tucson, Arizona 85701-1620<br>gromeara@gustlaw.com |