Dean M. Dinner, SBN 010216
Randy Nussbaum, SBN 006417
Gregory C. Poulos, SBN 025873
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
Telephone Number (480) 609-0011
Facsimile Number (480) 609-0016
ddinner@nussbaumgillis.com
rnussbaum@nussbaumgillis.com
gpoulos@nussbaumgillis.com

*Attorneys for L & M Strategic Investments, L.L.C.*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>L & M Strategic Investments, L.L.C.<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>Case No: 2:08-bk-17994-SSC<br><br>**OBJECTION TO PROOF OF CLAIM AND NOTICE**<br><br>Re: **Claimant: America's Servicing Company<br>Claim Register No.: 40** |

Pursuant to F.R.B.P 3007, L & M Strategic Investments, L.L.C. ("Debtor") by and through undersigned counsel, hereby objects to the Proof of Claim filed in the above-entitled case by **America's Servicing Company**, which is claim number 40 on the Claims Register maintained by the Clerk of Court.

The grounds for this objection are as follows:

1. The claimant has failed to submit supporting documentation including, but not limited to, support for who is the actual claimant that currently holds the notes or who has rights under the deeds of trust.

2. The claimant has not established that it is the current holder of the notes or the current assignees of the deeds of trust.

3. The documentation provided the documentation does not comply with Federal Rules of Bankruptcy Procedure 3001 or 3002 or with the instructions on the Proof of Claim Form B10.

4. The Claimant did not attach the original or duplicate of the writing with the proof of claim nor allege that it was lost or destroyed, including a proper chain of title from the original lender to claimant. Further, no original deed of trust is attached, no original promissory note is attached, no assignments are provided, and no Alonges are provided.

## NOTICE

You are hereby notified that an Objection to the Proof of Claim has been filed, objecting to your claim as indicated above. You have 15 days from service of the objection to file and serve a response to the objection; and, if a timely response is not filed and served, the objection may be sustained by the court without further notice or hearing. If a timely response is not filed and served by the claimant, the objecting party may lodge an order with the court sustaining the objection. If the claimant timely files and serves a response to the objection, the objecting party must obtain a hearing date, serve notice on the claimant, and file a certificate of service.

Dated this 18th day of August 2009.

NUSSBAUM & GILLIS, P.C.

/s/ Gregory C. Poulos
Dean M. Dinner
Gregory C. Poulos
Attorneys for
L & M Strategic Investments, L.L.C.

ORIGINAL of the foregoing electronically filed this 18th day of August 2009, with:

Clerk, United States Bankruptcy Court
District of Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003-1706
https://ecf.azb.uscourts.gov

COPY of the foregoing mailed/e-mailed this 18th day of August 2009, to the parties on the attached Service List

/s/ Samanta Rivera

14499-1/726851_1.DOC

2

Saxon Mortgage
PO Box 961105
Fort Worth, TX 76161

INDYMAC
PO BOX 4045
KALAMAZOO MI 49003-4045

GMAC
PO BOX 79135
PHOENIX AZ 85062-9135

UBS
7515 IRVINE CENTER DR.
IRVINE CA 92618-2930

EMC MORTGAGE
PO BOX 660530
DALLAS TX 75266-0530

EMC Mortgage Corporation
P.O. Box 293150
Lewisville, TX 75029-3150

EMC MORTGAGE
PO BOX 660530
DALLAS TX 75266-0530

AMERICA'S SERVICING
PO BOX 60768
LOS ANGELES CA 90060-0768

Countrywide
PO Box 650070
Dallas, TX 75265

Countrywide Mortgage
PO Box 650070
Dallas, TX 75265

Renee Sandler Shamblin
Office of the U.S. Trustee
230 North First Avenue, Suite 204
PHOENIX, AZ 85003-1706
renee.s.shamblin@usdoj.gov

U.S. TRUSTEE
Office of the U.S. Trustee
230 North First Ave. Ste. 204
PHOENIX, AZ 85003

Brian Matlock
c/o Law Office of Mark J. Giunta
1413 N. 3rd St.
Phoenix, AZ 85004-1612
mark.giunta@azbar.org

Hilary B. Bonial
Brice, Vander Linden & Wernick, P.C.
American Home Mrtge Servicing Inc.
4600 Regent Boulevard, Suite 200
Irving, Texas 75063
notice@bkcylaw.com

GMAC Mortgage, LLC
c/o Josephine Piranio
Pite Duncan, LLP
4375 Jutland Drive, Suite 200
San Diego, CA 92117
ecfazb@piteduncan.com

Mark S. Bosco.
Tiffany & Bosco, PA
2525 E. Camelback Rd. #300
Phoenix, AZ 85016-4237
MSB@tblaw.com

JPMorgan Chase Bank, NA
7255 Baymeadows Way Mail Stop
JAXB2007
Jacksonville, Florida 32256

Brice, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243

SunTrust Mortgage, Inc.
1001 Semmes Avenue
Richmond, VA 23224-2245

Jason Sherman
Perry & Shapiro, LLP
3300 N. Central Ave., #2200
Phoenix, AZ 85012
ECFNotices@logs.com

Mark S. Bosco
Tiffany & Bosco, P.A.
2525 E. Camelback Rd., Ste. 300
PHOENIX, AZ 85016-9240
MSB@tblaw.com

L & M Strategic Investments, L.L.C.
387 N. 2ND AVE., 2A
PHOENIX, AZ 85003-4541

Matlock Enterprises
387 N. 2nd Avenue, 2A
Phoenix, AZ

Lawson Family Trust
Leroy E. Lawson
2862 E. Fairfield
Mesa, AZ 85213

Maria Tsagaris, Esq.
McCalla Raymer, LLC
1544 Old Alabama Road
Roswell, Georgia 30076-2102

Corey M. Robertus
6560 Greenwood Plaza Blvd., #100
Englewood, CO 80111

Paul M. Levine
Mathew A. Silverman
Mccarthy Holthus Levine
3636 N. Central Ave., #1050
Phoenix, AZ 85012
matthew.silverman@azbar.org

Kevin Hahn
Malcolm Cisneros
2112 Business Center Dr., 2nd Floor
Irvine, California 92612
kevin@mclaw.org

Polk, Prober & Raphael
Dean R. Prober
Lee S. Raphael
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
cmartin@pprlaw.net

Gerard R. O'Meara
Gust Rosenfeld, PLC
1 South Church Avenue, Suite 1900
Tucson, Arizona 85701-1620
gromeara@gustlaw.com