# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

09-21145/1218044417

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-17994-SCC |
| L & M Strategic Investments, L.L.C. | Chapter 11 |
| Debtors. | OBJECTION TO CHAPTER 11 PLAN |
| America's Servicing Company | |
| Secured Creditor, | |
| vs. | |
| L & M Strategic Investments, L.L.C., Debtors; Office of the US Trustee, Trustee. | |
| Respondents. | |

America's Servicing Company, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 11 Plan filed by the Debtor for the following reasons:

1. This objecting Secured Creditor holds the first priority Deed of Trust on the subject property commonly known as 387 N. 2nd Ave., 2A Phoenix, AZ 85003. As of March 25, 2009 the amount if default was the Principle Balance of $201,507.48

2.  The proposed Plan does not set forth a reasonable schedule and time period for

the payment of the arrearages owed to Secured Creditor. Secured Creditor is impaired under the plan. Secured Creditor has a choice of receiving either a partial amount of there secured claim At 6% interest and the remaining amounts due become an unsecured claim or having its claim paid in its entirety but receiving no interest on its claim. Clearly Debtors' Plan is not feasible.

3. The Plan is not feasible under 1129(a)(11) - The Debtor must show concrete evidence of sufficient cash flow to fund and maintain both its operations and obligations. In this Plan there are no explanations of how the Debtor will fund its plan.

4. The Plan is not "fair and equitable" under 1 129(b) because:

i) The Plan fails to provide an adequate remedy in the event that the debtor does not perform. While the Court shall retain and have exclusive jurisdiction over the CH.II case, this is insufficient. At a minimum, it should be clear whether, in the event the debtor defaults in payments under the plan, the creditor is entitled to seek a remedy in a non-bankruptcy forum.

ii) The Plan fails to contain adequate provisions for the future maintenance of the property. Of note, in Section 10.04 the plan states that the Reorganized Debtor shall use its best efforts to maintain insurance on any non-exempt pre-petition property they retain pending completion of distributions to Creditors. There is no explanation of the amount of the insurance or what would occur if Debtor failed to maintain insurance.

iii) The Plan fails to ensure that the claim will remain fully secured during the payout period of the plan.

## CONCLUSION

Any Chapter 11 Plan proposed by the Debtor(s) must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 11 Plan as proposed by the Debtor{s) be denied, or in the alternative, be amended to provide for full

payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 11 Plan be denied, or in the

alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper

DATED this 21st day of August, 2009.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY  /s/ MSB # 010167
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
August 21, 2009 to:

L & M Strategic Investments, L.L.C.
387 N. 2nd Ave., 2A
Phoenix, AZ  85003
Debtors

Dean M. Dinner
14500 N. Northsight Blvd.
Suite 116
Scottsdale, AZ 85260-0001
Attorney for Debtor

Office of the US Trustee
230 North First Ave.
Suite 204
Phoenix, AZ  85003
Trustee

America's Servicing
PO Box 60768
Los Angeles, CA 90060-0768

Countrywide
P.O. Box 650070
Dallas, TX 75265

EMC Mortgage
PO Box 660530
Dallas, TX 75266-0530

EMC Mortgage
PO Box 293150
Lewisville, TX 75266-0530

GMAC
Po Box 79135
Phoenix, AZ 85062-9135

Indymac
PO Box 4045
Kalamazoo, MI 49003-4045

Saxon Mortgage
PO Box 961105
Fort Worth, TX 76161

UBS
7515 Irvine Center Dr
Irvone, CA 92618


By: Anne Mallette