# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | L & M STRATEGIC INVESTMENTS, L.L.C. |
| **Case Number:** | 2:08-bk-17994-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 01, 2009 11:00 AM  7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matters:*

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREEN POINT MORTGAGE FUNDING (519 N 41st St, Phx, AZ)
   **R / M #:** 273 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREENPOINT MORTGAGE (141 N. 96th Way, Mesa, AZ)
   **R / M #:** 277 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS (8637 E. Wilshire Dr., Scottsdale, AZ)
   **R / M #:** 205 / 0

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (1211 n 41st. ST, Phoenix, AZ)
   **R / M #:** 180 / 0

5) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (6144 E Glencove St., Mesa, AZ)
   **R / M #:** 187 / 0

6) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (3907 E Coronado Rd., Phoenix, AZ)
   **R / M #:** 192 / 0

7) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ADOBE FINANCIAL CORP. (6249 S. 39th Ave., Phoenix, AZ)
   **R / M #:** 200 / 0

## *Appearances:*

DEAN DINNER, ATTORNEY FOR L & M STRATEGIC INVESTMENTS, L.L.C.
MATT SILVERMAN, ATTORNEY FOR EMC AND JP MORGAN
JEREMY GOODMAN, ATTORNEY FOR BANK OF AMERICA LOAN SERVICING

## *Proceedings:*

Mr. Dinner goes over the parties that support, or do not support the plan. He asked the court to continue the confirmation hearing and all of stay relief matters for another 30 days in order to complete negotiations.

COURT: IT IS ORDERED CONTINUING ALL MATTERS TO OCTOBER 8, 2009 AT 10:00 A.M.