Randy Nussbaum, #006417
Dean M. Dinner, #010216
**NUSSBAUM & GILLIS, P.C.**
14500 N. Northsight Blvd, Suite 116
Scottsdale, Arizona 85260
(480) 609-0011
(480) 609-0016 Fax
rnussbaum@nussbaumgillis.com
ddinner@nussbaumgillis.com

*Attorneys for L & M Strategic Investments, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>L & M Strategic Investments, LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 2:08-bk-17994-SSC<br><br>**APPLICATION FOR AN ORDER AUTHORIZING PURSUANT TO FED. R. BANKR. P. 2004 AND REQUEST FOR PRODUCTION OF DOCUMENTS PURSUANT TO FED. R. BANKR. P. 9016** |

This Motion is filed by L & M Strategic Investments, LLC ("L&M" or the "Debtor"), Debtor and Debtor-In-Possession, in the above-captioned Chapter 11 bankruptcy case (the "Case") hereby move this court for an Order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") directing (A) the production of documents on a date and time agreeable to the parties or, if upon notice, after not less than ten (10) days notice, and (B) the oral examination of individuals designated by the creditor America's Servicing Company ("ASC") and believed to have knowledge of the relevant matters, as specified below on a date and time agreeable to the parties or, if upon notice, after not less than twenty (20) days written notice, at the law offices of Nussbaum & Gillis, P.C., 14500 N. Northsight Blvd., Ste 116, Scottsdale, Arizona 85260, or at such other time and place as counsel for America's Servicing Company and counsel for L&M shall agree.

In support of its motion (the "Application"), L&M respectfully represents as follows:

## JURISDICTION

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b) (A). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief requested herein is Bankruptcy Rule 2004.

## BACKGROUND

3. On December 11, 2008 (the "Petition Date"), L & M Strategic Investments, LLC (the "Petitioning Parties") filed a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code.

4. The Debtor remains in possession of its assets and continues to operate its business and manage its assets and financial affairs as a debtor-in-possession pursuant to Bankruptcy Code Sections 1107 and 1108. No trustees or examiners have been appointed, and no official committee of unsecured creditors has yet been formed.

5. L&M is an Arizona limited liability company, which owns and maintains property for investment purposes. Through a property management company, L&M receives income from its investment property after deductions for ordinary business costs.

6. As of the Petition Date, L&M owed outstanding loans of approximately $10.5 million related to approximately sixty-seven (67) real properties. Most of the properties are single-family residences. L&M loans are made through a number of Financial Institutions (listed in bankruptcy schedules). Investments in properties were financed by real estate collateral pursuant to Deeds of Trust.

7. Upon information and belief, ASC is a loan servicing agent for various lenders. ASC has filed numerous Proofs of Claims in the Case purporting to be the claimant on loans that were made to L&M by actual lenders and not ASC. Upon information and belief, there may have been several intervening assignments of the original loan, so L &M seeks inquire whether there were assignments of the original loan, whether ASC is a proper assignee or beneficiary of the Deed of Trust, and whether ASC is the holder of the original note. L&M requests that the

NUSSBAUM & GILLIS, P.C.
ATTORNEYS AT LAW
14500 N. NORTHSIGHT BLVD, SUITE 116
SCOTTSDALE, ARIZONA 85260
480-609-0011

14499-1/DMD/gcp/726891v1

originals of the promissory notes, allonges, assignments and endorsements be produced for inspection and copying

8. ASC has failed to provide any documentation that they have the authority or right to make the claims on behalf of the actual lenders. L & M seeks to depose an appropriate witness with knowledge of the circumstances of the actual loan documents and whether or not they exist or whether ASC is in possession of them. This is an appropriate inquiry to determine the validity of the claims.

## **Relief Requested**

By this Motion, L&M respectfully request the entry of an order, pursuant to Bankruptcy Rule 2004, directing ASC to produce the documents described on Attachment A attached hereto on a date and time agreeable to the parties or, if upon notice, after not less than ten (10) days notice, and to designate an appropriate representative or representatives to submit to oral examination on a date and time agreeable to the parties or, if upon notice, after not less than twenty (20) days written notice, at the law offices of Nussbaum & Gillis, P.C., 14500 N. Northsight Blvd., Ste 116, Scottsdale, Arizona 85260, or at such other time and place as counsel for ASC and counsel for L&M shall agree.

## **Basis for Relief Requested**

9. Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, upon motion of any party-in-interest, the Court may order the examination of "any person" relating to the acts, conduct, or property of the Debtor or "any matter which may affect the administration of the Debtor's estate."

10. Examinations under Bankruptcy Rule 2004(a) and (c) may include within their scope, among other things: any matter which may relate to the property and assets of the estate; the financial condition of the debtor; any matter which may affect the administration of a debtor's estate; and, in a chapter 11 case, any matter relevant to the case or to the formulation of a plan. The information sought by L&M in connection with this Application is consistent with Rule

3

NUSSBAUM & GILLIS, P.C.
ATTORNEYS AT LAW
14500 N. NORTHSIGHT BLVD, SUITE 116
SCOTTSDALE, ARIZONA 85260
480-609-0011

2004. At a minimum, L&M is entitled to determine which entity is the legal party entitled to make the claim and that it has documentary proof of such entitlement.

11. L&M is a "party in interest" entitled to take examinations and to request documents under Rule 2004.

12. Rule 2004 authorized the Court to order the examination of an entity relating to, among other things, the "acts, conduct or property" of the debtor, or "any matter which may affect the administration of the debtor's estate." Rule 2004(b). There is a pending dispute in these proceedings involving the characterization of certain property which could affect the secured status of certain claims, and the proposed Rule 2004 examination relates to that dispute.

13. L&M lodges herewith, and requests that the Court enter, a form of Order granting this Motion and requiring America's Serving Company to produce documents and appear and give testimony under oath as set forth herein.

WHEREFORE L&M respectfully requests entry of an order granting the relief requested herein and such other and further relief as is just and proper.

Dated this 9th day of September 2009.

**NUSSBAUM & GILLIS, P.C.**

　/s/ Dean M. Dinner
Randy Nussbaum
Dean M. Dinner
*Attorneys for L & M Strategic Investments, LLC*

**Copies** of the foregoing were served
this 9th day of September 2009
on all parties on the attached Service List
via U.S. Mail and/or Email.

　/s/ Samanta Rivera

4

14499-1/DMD/gcp/726891v1

| | | |
|---|---|---|
| Saxon Mortgage<br>PO Box 961105<br>Fort Worth, TX 76161 | INDYMAC<br>PO BOX 4045<br>KALAMAZOO MI 49003-4045 | GMAC<br>PO BOX 79135<br>PHOENIX AZ 85062-9135 |
| UBS<br>7515 IRVINE CENTER DR.<br>IRVINE CA 92618-2930 | EMC MORTGAGE<br>PO BOX 660530<br>DALLAS TX 75266-0530 | EMC Mortgage Corporation<br>P.O. Box 293150<br>Lewisville, TX 75029-3150 |
| EMC MORTGAGE<br>PO BOX 660530<br>DALLAS TX 75266-0530 | AMERICA'S SERVICING<br>PO BOX 60768<br>LOS ANGELES CA 90060-0768 | Countrywide<br>PO Box 650070<br>Dallas, TX 75265 |
| Countrywide Mortgage<br>PO Box 650070<br>Dallas, TX 75265 | Renee Sandler Shamblin<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>PHOENIX, AZ 85003-1706<br>renee.s.shamblin@usdoj.gov | U.S. TRUSTEE<br>Office of the U.S. Trustee<br>230 North First Ave. Ste. 204<br>PHOENIX, AZ 85003 |
| Brian Matlock<br>c/o Law Office of Mark J. Giunta<br>1413 N. 3rd St.<br>Phoenix, AZ 85004-1612<br>mark.giunta@azbar.org | Hilary B. Bonial<br>Brice, Vander Linden & Wernick, P.C.<br>American Home Mrtge Servicing Inc.<br>4600 Regent Boulevard, Suite 200<br>Irving, Texas 75063<br>notice@bkcylaw.com | GMAC Mortgage, LLC<br>c/o Josephine Piranio<br>Pite Duncan, LLP<br>4375 Jutland Drive, Suite 200<br>San Diego, CA 92117<br>ecfazb@piteduncan.com |
| Mark S. Bosco.<br>Tiffany & Bosco, PA<br>2525 E. Camelback Rd. #300<br>Phoenix, AZ 85016-4237<br>MSB@tblaw.com | JPMorgan Chase Bank, NA<br>7255 Baymeadows Way Mail Stop<br>JAXB2007<br>Jacksonville, Florida 32256 | Brice, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas, Texas 75243 |
| SunTrust Mortgage, Inc.<br>1001 Semmes Avenue<br>Richmond, VA 23224-2245 | Jason Sherman<br>Perry & Shapiro, LLP<br>3300 N. Central Ave., #2200<br>Phoenix, AZ 85012<br>ECFNotices@logs.com | Mark S. Bosco<br>Tiffany & Bosco, P.A.<br>2525 E. Camelback Rd., Ste. 300<br>PHOENIX, AZ 85016-9240<br>MSB@tblaw.com |
| L & M Strategic Investments, L.L.C.<br>387 N. 2ND AVE., 2A<br>PHOENIX, AZ 85003-4541 | Matlock Enterprises<br>387 N. 2nd Avenue, 2A<br>Phoenix, AZ | Lawson Family Trust<br>Leroy E. Lawson<br>2862 E. Fairfield<br>Mesa, AZ 85213 |
| Maria Tsagaris, Esq.<br>McCalla Raymer, LLC<br>1544 Old Alabama Road<br>Roswell, Georgia 30076-2102 | Corey M. Robertus<br>6560 Greenwood Plaza Blvd., #100<br>Englewood, CO 80111 | Paul M. Levine<br>Mathew A. Silverman<br>Mccarthy Holthus Levine<br>3636 N. Central Ave., #1050<br>Phoenix, AZ 85012<br>matthew.silverman@azbar.org |
| Kevin Hahn<br>Malcolm Cisneros<br>2112 Business Center Dr., 2nd Floor<br>Irvine, California 92612<br>kevin@mclaw.org | Polk, Prober & Raphael<br>Dean R. Prober<br>Lee S. Raphael<br>20750 Ventura Boulevard, Suite 100<br>Woodland Hills, California 91364<br>cmartin@pprlaw.net | Gerard R. O'Meara<br>Gust Rosenfeld, PLC<br>1 South Church Avenue, Suite 1900<br>Tucson, Arizona 85701-1620<br>gromeara@gustlaw.com |

Saxon Mortgage
c/o Renee Curry
Moss Codilis, LLP
6560 Greenwood Plaza Blvd., Ste. 100
Englewood, CO 80111