# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | L & M STRATEGIC INVESTMENTS, L.L.C. |
| **Case Number:** | 2:08-bk-17994-SSC      **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 15, 2009 01:31 PM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## *Matters:*

**1)** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY  BANK OF AMERICA (19230 N. 15th Ave., Phoenix, AZ)
   **R / M #:**   259 / 0

**2)** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREENPOINT MORTGAGE (6713 N. 54th Dr., Glendale, AZ)
   **R / M #:**   265 / 0

**3)** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREENPOINT MORTGAGE FUNDING  (13637 N. 35th St., Phoenix, AZ)
   **R / M #:**   269 / 0

**4)** CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY US BANK NATIONAL
   **R / M #:**   184 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR US BANK NATIONAL

## *Proceedings:*

Mr. McDonald asked the court to continue all of these matter along with the confirmation hearing on October 8th.

COURT: IT IS ORDERED CONTINUING THESE MATTERS TO OCTOBER 8, 2009 AT 10:00 A.M.

Subsequently, it is noted that this matter was set on today's calendar in error, and that no notice of the hearing was sent out.