# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

**Debtor:** L & M STRATEGIC INVESTMENTS, L.L.C.
**Case Number:** 2:08-bk-17994-SSC  **Chapter:** 11
**Date / Time / Room:** THURSDAY, OCTOBER 08, 2009 10:00 AM  7TH FLOOR #701
**Bankruptcy Judge:** SARAH SHARER CURLEY
**Courtroom Clerk:** WANDA GARBERICK
**Reporter / ECR:** ANDAMO PURVIS

## Matters:

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREEN POINT MORTGAGE FUNDING (519 N 41st St, Phx, AZ)
   **R / M #:** 273 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREENPOINT MORTGAGE (141 N. 96th Way, Mesa, AZ)
   **R / M #:** 277 / 0

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS (8637 E. Wilshire Dr., Scottsdale, AZ)
   **R / M #:** 205 / 0

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (1211 n 41st. ST, Phoenix, AZ)
   **R / M #:** 180 / 0

5) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (6144 E Glencove St., Mesa, AZ)
   **R / M #:** 187 / 0

6) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (3907 E Coronado Rd., Phoenix, AZ)
   **R / M #:** 192 / 0

7) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ADOBE FINANCIAL CORP. (6249 S. 39th Ave., Phoenix, AZ)
   **R / M #:** 200 / 0

8) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MATTHEW SILVERMAN ON BEHALF OF WELLS FARGO BANK
   **R / M #:** 118 / 0

9) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WACHOVIA BANK
   **R / M #:** 222 / 0
   **VACATED: DENIED WITHOUT PREJUDICE**

## Appearances:

JOHN PARZYCH, ATTORNEY FOR DEBTOR
MARK GIUNTA, ATTORNEY FOR BRIAN MATLOCK

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:08-bk-17994-SSC           THURSDAY, OCTOBER 08, 2009 10:00 AM

## *Proceedings:*

Mr. Parzych asked the court to continue these matters for another 75 days so he can reopen the balloting. He states that he may go forward with a cram down. Mr. Giunta notes that the stay relief agreements do not carry a negative impact on creditors.

COURT: IT IS ORDERED THAT THE DEBTOR WILL REOPEN THE BALLOTING AND SEND OUT THE NOTICE IN TWO WEEKS AND PARTIES MAY FILE NEW BALLOTS IF DESIRED. IT IS FURTHER ORDERED SETTING A ONE DAY EVIDENTIARY HEARING FOR DECEMBER 14, 2009 AT 10:00 A.M. ON CONFIRMATION AND DIRECTING PARTIES TO FILE THE JOINT PRE TRIAL STATEMENT BY DECEMBER 7, 2009. IT IS FURTHER ORDERED THAT ALL PRELIMINARY HEARINGS WILL BE CONTINUED TO DECEMBER 14, 2009 AT 10:00 A.M. ALSO.