# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | L & M STRATEGIC INVESTMENTS, L.L.C. |
| **Case Number:** | 2:08-bk-17994-SSC     **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 02, 2010 10:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matter:

1) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREEN POINT MORTGAGE FUNDING (519 N 41st St, Phx, AZ)
   **R / M #:**   273 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY GREENPOINT MORTGAGE (141 N. 96th Way, Mesa, AZ)
   **R / M #:**   277 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

3) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BAC HOME LOANS (8637 E. Wilshire Dr., Scottsdale, AZ)
   **R / M #:**   205 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

4) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (1211 n 41st. ST, Phoenix, AZ)
   **R / M #:**   180 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

5) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (6144 E Glencove St., Mesa, AZ)
   **R / M #:**   187 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

6) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CONCORD MORTGAGE COMPANY (3907 E Coronado Rd., Phoenix, AZ)
   **R / M #:**   192 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

7) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY ADOBE FINANCIAL CORP. (6249 S. 39th Ave., Phoenix, AZ)
   **R / M #:**   200 / 0
   **VACATED:   STIPULATION FOR STAY RELIEF GRANTED 11/18/09**

8) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY MATTHEW SILVERMAN ON BEHALF OF WELLS FARGO BANK
   **R / M #:**   118 / 0

9) PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY WACHOVIA BANK
   **R / M #:**   222 / 0
   **VACATED:   DENIED WITHOUT PREJUDICE**

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

(continue)...   2:08-bk-17994-SSC    TUESDAY, FEBRUARY 02, 2010 10:00 AM

## *Appearances:*

DEAN DINNER, ATTORNEY FOR L & M STRATEGIC INVESTMENTS, L.L.C.
LEONARD J. MCDONALD, ATTORNEY FOR US BANK NATIONAL
MATTHEW S. SILVERMAN, ATTORNEY FOR CITIBANK

## *Proceedings:*

1-9)  Mr. Dinner goes over the various property settlement agreements. Mr. McDonald and Mr. Silverman both feel that Mr. Dinner has accurately states the agreements and they withdraw their objections to the plan.

COURT: THE COURT NOTES THAT THE PLAN WILL BE CONFIRMED UNDER SECTION 1129(b).